**United States District Court**
For the Northern District of California

*E-Filed: June 9, 204*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNY HOPF,

        Plaintiff,

    v.

CHASE BANK USA, N.A.,

        Defendant.

_____/

No. C14-01595 HRL

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

    The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

    All parties shall appear on **August 5, 2014, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **July 29, 2014**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

    **IT IS SO ORDERED**.

Dated: June 6, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   **C14-01595 HRL Order will be electronically mailed to:**

2   Arjun P. Rao      arao@stroock.com, lacalendar@stroock.com

3   Ryan Scott Lee      rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com,
4   courtfiling@consumerlawcenter.com

5   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California